UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2499

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

DONITA SPANGLER,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-03-569-7)

Submitted: March 11, 2004          Decided: March 17, 2004

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rodney Victor Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000), and denying his post-judgment motion to amend his complaint and reinstate his action. We have reviewed the record and find that this appeal is frivolous. Accordingly, we grant the Appellee's motion to dismiss, and we dismiss the appeal on the reasoning of the district court. See Harris v. Spangler, No. CA-03-569-7 (W.D. Va. filed Aug. 29, 2003; entered Sept. 2, 2003 & Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED